**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-2065**

---

MONIKA A. KOSIOR,

                                  Plaintiff - Appellant,

     versus

RENATA RAMSBURG; UNITED STATES PAROLE COMMISSION,

                                  Defendants - Appellees.

---

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Alexander Williams, Jr., District Judge. (CA-97-1511-AW)

---

Submitted: November 20, 1997      Decided: December 9, 1997

---

Before MURNAGHAN, MICHAEL, and MOTZ, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Monika A. Kosior, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court order denying her motions for reconsideration and leave to file an amended complaint. We have reviewed the record and the district court's opinions and find no abuse of discretion. Accordingly, we affirm on the reasoning of the district court. <u>Kosior v. Ramsburg</u>, No. CA-97-1511-AW (D. Md. July 8, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>